UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

JOHN GEORGE ITTERLY and                :         Case No. 05-20366T
JAMIE ANN ITTERLY,
    *Debtor(s)*                                   :

                                                       :

**ORDER**

AND NOW, this 6th day of December, 2005, it is ORDERED that Debtors' motion to avoid the judicial liens held by Respondent, Gerald J. Prentiss ("Respondent"), under 11 U.S.C. §522(f)(1) is GRANTED as the court finds that the liens held by Respondent impair an exemption to which Debtors would otherwise be entitled since the property in issue is owned jointly by Debtors as tenants by the entireties, but Respondent's judicial liens are based upon judgments which were entered against Debtor, John George Itterly, individually and not against Debtors, John George Itterly and Jamie Ann Itterly, jointly. See Napotnik v. Equibank and Parkvale Savings Ass'n., 679 F.2d 316, 319-21 (3rd Cir. 1982)("creditors of either spouse cannot acquire by judgment an enforceable lien on entirety property"); In re Jackaman, Case No. 99-19029DWS, 2000 WL 192973 at *2 (Bankr. E.D. Pa. February 15, 2000); In re Houck, 184 B.R. 21, 23 (Bankr. E.D. Pa. 1995).

Reading, PA

THOMAS M. TWARDOWSKI
United States Bankruptcy Judge